# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-37646 |
| | ) | |
| Mary K. Wolff | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

## NOTICE OF MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **January 10, 2014** at **1:00 p.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in his stead, in **North Branch Court (Round Lake Beach)**, or any other courtroom he may occupy at **1792 Nicole Lane, Round Lake Beach, Illinois, 60073** and shall there present **TRUSTEE'S MOTION TO EMPLOY COUNSEL,** a copy of which is attached hereto and is herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

                                    Ilene F. Goldstein, as Trustee
                                    for Mary K. Wolff

                       By:   /s/ Ilene F. Goldstein
                            One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, IL 60062
(847) 562-9595

# CERTIFICATE OF SERVICE

Statement on service list regarding serving docs electronically

I, Ilene F. Goldstein, attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the above referenced **Motion to Employ Counsel** on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons on the service list, I caused a copy of the **Motion to Employ Counsel**, to be e-mailed to the address listed, faxed to the number indicated or sent First Class Mail, as indicated, to each such person on the attached service list before the hour of 4:00 p.m. on December 18, 2013

      /s/ Ilene F. Goldstein
        Ilene F. Goldstein

## SERVICE LIST

**U.S. Trustee**        **Via Court's Electronic Notice for Registrants**
Denise DeLaurent
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL 60604

**Debtor's Counsel**        **Via Court's Electronic Notice for Registrants**
Anton Nickolai
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI 53105

**Debtor**        **Via First Class Mail Mail**
Mary K. Wolff
4 Mary Lane
Hawthorn Woods, IL 60047

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-37646 |
| | ) | |
| Mary K Wolff | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

**TRUSTEE'S MOTION TO EMPLOY COUNSEL**

Ilene F. Goldstein, as Chapter 7 Trustee for the Estate of Mary K. Wolff ("Debtors"), moves this Court for the entry of an order authorizing the Trustee to employ Ilene F. Goldstein and the Law Offices of Ilene F. Goldstein, Chartered, ("IFG Chtd."), as their legal counsel pursuant to §327 of the Bankruptcy Code (11 U.S.C. §327). In support of this motion the Trustee states as follows:

1. On September 24, 2013 a voluntary petition under Chapter 7 of the United States Bankruptcy Code was filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

2. Ilene F. Goldstein has been appointed as the duly appointed, qualified and acting bankruptcy Trustee for the Bankruptcy Estate of Mary K. Wolff.

3. Ms. Goldstein, as Trustee seeks to employ legal counsel to provide the following services: the Debtor may have equity in a second home located in Lake Geneva, Wisconsin; to obtain necessary Court approval to liquidate assets if any are uncovered; to prepare on behalf of the Trustee any necessary pleadings, legal documents and reports necessary in the administration of this case; and to provide any other legal services for the Trustee which may be necessary to administer this Estate. Further it is necessary for the Trustee to employ an attorney for such professional services.

4. The Trustee, Ilene F. Goldstein, seeks leave to employ Ilene F. Goldstein and IFG Chtd. to act as Trustee's legal counsel in these bankruptcy proceedings.

5. The Trustee seeks to employ Ilene F. Goldstein and IFG Chtd. on a general retainer, with compensation subject to further order of this court. The hourly fee at IFG Chtd. ranges from $50.00 to $350.00, which the Trustee believes is at or below the customary hourly rate for services of this nature.

6. IFG Chtd. and Ilene F. Goldstein know of no representation of any interest adverse to the Trustee, the Debtors, their creditors or to the Estate in matters upon which they are to be engaged as set forth in counsel for the Trustee's Affidavit.

7. The employment by the Trustee of legal counsel is in the best interests of this Estate.

WHEREFORE, Ms. Goldstein as Trustee prays for the entry of an order:

1. Authorizing the Trustee to employ Ilene F. Goldstein and the Law Offices of Ilene F. Goldstein, Chartered to act as her legal counsel;

2. Authorizing the Trustee's employment of legal counsel on a general retainer with compensation subject to further order of this court.

DATED:   December 11, 2013

                                   Respectfully submitted,
                                   ILENE F. GOLDSTEIN, as Trustee for
                                   Mary K. Wolff

                                   By: /s/ Ilene F. Goldstein
                                           One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, IL 60062
(847) 562-9595